UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANDREA GARIHAN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-5586 EMC MED<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT TARGET CORPORATION'S CLAIMSPERSON**<br><br>Date:　　July 28, 2010<br>Mediator:　Patricia Kenney |

Before the court is a request to excuse defendant Target Corporation's claimsperson, Courtney Haue, from personally attending the July 28, 2010 mediation before Patricia Kenney. The request cites travel expenses as justification. As travel expenses, without more, are not considered 'extraordinary or otherwise unjustifiable hardship' under ADR L.R. 6-10(d), the request is DENIED.

　　　　IT IS SO ORDERED.

June 25, 2010　　　　　　By:　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　United States Magistrate Judge