FRANK J. CHRISTY, JR., SBN 119615
LAW OFFICES OF FRANK J. CHRISTY, JR.
11 Western Avenue
Petaluma, CA 949525
Telephone: (707) 773-2714
Facsimile:  (707) 762-3538

Attorneys for Plaintiff
ANDREA GARIHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GARIHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TARGET COPRORATION, and DOES ONE ) <br> through TWENTY, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.  C 09-05586 EMC <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

    Due to a death in Plaintiff's Counsel's family, he will be out of town commencing Friday, December 10, 2010 though December 16, 2010, for a funeral and to attend to personal matters. Consequently, Mr. Christy has a conflict with the Status Conference that is presently calendared for December 15, 2010, in this matter.

    In light of the foregoing, counsel for the respective parties in this matter have Stipulated to continuing the Status Conference from December 15, 2010, to January 19, 2011, at

///

///

///

///

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER    1

1:30 p.m. in Department C.

The parties have not previously sought to move the date of the Status Conference.

IT IS SO STIPULATED.

DATED: 12/8/10

LAW OFFICES OF FRANK J. CHRISTY, JR.

_____
Frank J. Christy, Jr., Esq.
Attorney for Plaintiff ANDREA GARIHAN

DATED: 12/7/10

BOORNAZIAN, JENSEN & GARTHE

_____
Gail C. Trabish, Esq.
Attorneys for Defendant TARGET CORPORATION

### ORDER

GOOD CASUE appearing, IT IS HEREBY ORDERED that the Status Conference in this matter presently calendared for December 15, 2010, is hereby continued till January 19, 2011, at ~~1:30 p.m.~~ in Department C 2:30 p.m. An updated joint status statement shall be filed by January 12, 2011.

Dated: 12/14/10

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA 94952
(707) 773-2714

STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER        2