FRANK J. CHRISTY, JR., SBN 119615
LAW OFFICES OF FRANK J. CHRISTY, JR.
11 Western Avenue
Petaluma, CA 949525
Telephone: (707) 773-2714
Facsimile:  (707) 762-3538

Attorneys for Plaintiff
ANDREA GARIHAN


GAIL C. TRABISH, ESQ. SBN 103482
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GARIHAN,<br><br>       Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES ONE through TWENTY, inclusive,<br><br>       Defendants. | Case No.:  CO9-05586 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br><br>Complaint Filed:   October 25, 2009<br><br>[Sonoma County Case No.:  SCV 245737] |

IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GARIHAN, by and through her attorney of record, Frank J. Christy, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with

///

prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

    IT IS SO STIPULATED.

DATED:  March 30, 2011            THOMAS G. LEWELLYN, ESQ.

                                    By: _____/S/_____
                                    FRANK J. CHRISTY, ESQ.
                                    Attorney for Plaintiff
                                    ANDREA GARIHAN

DATED:  March 30, 2011            BOORNAZIAN, JENSEN & GARTHE
                                    A Professional Corporation

                                    By: _____/S/_____
                                    GAIL C. TRABISH, ESQ.
                                    Attorneys for Defendant
                                    TARGET CORPORATION

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  May 2, 2011                 _____
                                    MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

26259\536866